Polk, Prober & Raphael,
A Law Corporation
Dean Prober, Esquire, #106207
Lee S. Raphael, Esquire, #180030
Cassandra J. Richey, Esquire #155721
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
Attorneys for Secured Creditor
Downey Savings and Loan Association,
F.A.D.074-011

**The following constitutes
the order of the court. Signed August 17, 2009**

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>GARY L. GARCIA AKA GARY LEE GARCIA AND DEBBIE L. GARCIA AKA DEBBIE LOUISE GARCIA, DEBRA GARCIA DBA GM ELECTRIC LP,<br>    Debtors.<br>_____ | Bk. No. 09-54566<br><br>CHAPTER 7<br><br>R.S. No. DRP – 511<br><br>ORDER FOR RELIEF FROM<br><u>AUTOMATIC STAY</u><br><br>Hearing-<br>Date :  8/5/09<br>Time :  10:30 a.m.<br>Place :  U.S. Bankruptcy Court<br>         280 South First Street<br>         San Jose, California<br>         Courtroom 3099 |

      The Motion for Relief from Automatic Stay of Downey Savings and Loan Association, F.A., its assignees and/or successors in interest, came on for hearing on August 5, 2009 at 10:30 a.m., before the Honorable Roger L. Efremsky.  Appearances are as set forth in the Court's docket.

The Court after reviewing the pleadings and records, and after determining that GOOD CAUSE exists, makes the following Order:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy proceeding is hereby terminated and extinguished as to Downey Savings and Loan Association, F.A., its assignees and/or successors in interest ("Secured Creditor" herein), and Secured Creditor, its assignees and/or successors in interest may proceed with foreclosure of the subject Property generally described as **400 Paul Drive, Hollister, California** pursuant to applicable statutory law, and thereafter commence any action necessary to obtain complete possession thereof.

IT IS FURTHER ORDERED that entry of this order shall be deemed to constitute relief from the automatic stay as to any interest the Chapter 7 Trustee may have in the subject Property.

IT IS FURTHER ORDERED that the 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

\*\* END OF ORDER\*\*

COURT SERVICE LIST

Gary L. Garcia
Debbie L. Garcia
535 Bobbys Lane
Hollister, CA 95023
Debtors

Shaye Larkin, Esquire
Law Offices of Shaye Larkin
631 O'Farrell Street, #615
San Francisco, CA 94109
Attorney for Debtors

John W. Richardson
5161 Soquel Drive, #F
Soquel, CA 95073
Chapter 7 Trustee

U.S. Trustee
U.S. Federal Building
280 South First Street #268
San Jose, CA 95113-3004

Polk, Prober & Raphael, A Law Corporation
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364